UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAI,<br><br>                                Plaintiff,<br><br>    v.<br><br>ABDI, et al.,<br><br>                              Defendants. | CASE NO. C17-1941-RAJ<br><br>ORDER DENYING IN FORMA PAUPERIS REQUEST |

The Court, having reviewed plaintiff's filings in support of plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Motion for Waiver of Fees is DENIED. Plaintiff is directed to either complete and file an IFP application on this Court's approved form, or pay the full filing fee of $400.00 within **thirty (30) days** of the date of signature below. This case will be dismissed if plaintiff does not exercise one of these two options;

(3) The Clerk shall file the complaint only on approval of a completed, court-approved IFP application or receipt of the filing fee. If neither is received within thirty (30) days of the date of this Order, the Clerk is directed to close the file; and

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 1

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler, and to send to plaintiff a copy of the Court's Declaration and Application to Proceed IFP and Written Consent for Payment and Costs form.

DATED this 13th day of February, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge