1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SAI, | | |
| | Plaintiff, | CASE NO. C17-1941-RAJ |
| v. | | |
| ABDI, et al., | | ORDER DENYING IN FORMA PAUPERIS REQUEST |
| | Defendants. | |

The Court, having reviewed plaintiff's filings in support of plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for waiver of fees and alternative motions (Dkt. 1), considered in conjunction with plaintiff's supplemental briefing (Dkts. 5 & 5-1), are DENIED. Plaintiff is directed to either complete and file an IFP application on this Court's approved form, or pay the full filing fee of $400.00 within **thirty (30) days** of the date of signature below. This case will be dismissed without prejudice if plaintiff does not exercise one of these two options; and

/ / /

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 1

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 8th day of August, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 2