| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 21 2018 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: SAI.

———————————————

SAI,

        Petitioner,

  v.

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, SEATTLE,

        Respondent,

ABDI, SEA TSA STSO (in individual and official capacity); et al.,

        Real Parties in Interest.

No. 18-71727

D.C. No. 2:17-cv-01941-RAJ
Western District of Washington, Seattle

ORDER

Before: SCHROEDER, SILVERMAN, and M. SMITH, Circuit Judges.

      Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

      All pending motions are denied as moot.

      No further filings will be entertained in this closed case.

      **DENIED.**

KAM/MOATT