Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAI,

                Plaintiff(s),

   v.

ABDI, *et al.*,

                Defendant(s).

CASE NO. C17-1941RAJ

ORDER OF DISMISSAL

On August 8, 2018, the Court entered an Order directing Plaintiff to either complete and file an application to proceed *in forma pauperis* ("IFP) on this Court's approved form, or pay the full filing fee of $400.00 within 30 days of the Court's order. The Court cautioned Plaintiff this case would be dismissed without prejudice if Plaintiff did not exercise one of those two options.

More than 30 days have elapsed and Plaintiff has not completed and filed an IFP application on the Court's approved form nor paid the $400.00 filing fee. Accordingly, this matter is DISMISSED without prejudice.

DATED this 14th day of September, 2018.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1