| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 7 2019 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

SAI, on plaintiff's own behalf and on behalf of all those similary situated,

        Plaintiff-Appellant,

 v.

ABDI, SEA TSA STSO (in individual and official capacity); et al.,

        Defendants-Appellees.

No. 18-35954

D.C. No. 2:17-cv-01941-RAJ
Western District of Washington,
Seattle

ORDER

A review of the docket demonstrates that appellant has failed to pay the docketing/filing fees in this case.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Marc Eshoo
Deputy Clerk
Ninth Circuit Rule 27-7